NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HUBBELL INCORPORATED,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LEVITON MANUFACTURING COMPANY, INC.,**
*Intervenor.*

_____

2013-1082

_____

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Leviton Manufacturing Company, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

HUBBELL INCORPORATED V. ITC                                    2


    The motion for leave to intervene is granted.  The revised official caption is reflected above.

                                        FOR THE COURT


                                         /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s21